JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 22, 2011

Check No. 2025253

Check Amount: $20,076.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40041-R | 00010 | ALBERT DAVID JR. PAULSON | 5 | XXXXX5154 | 0.72 | 0.00 | 0.72 |
| | | Original check written to: <br> BANK OF AMERICA <br> RECOVERY MANAGEMENT <br> 100 NORTH BROADWAY <br> SAINT LOUIS, MO 63102-2728 | | | | | |
| 06-40169-R | 00060 | CHRISTOPHER & AMIE MICHELLE WILLIAMS | 15 | XXXXX1321 | 153.95 | 0.00 | 153.95 |
| | | Original check written to: <br> LEGENDS AT RIDEVIEW RANCH <br> 3111 WEST DR. MLK JR. BLVD <br> SUITE 200 <br> TAMPA, FL 33607 | | | | | |
| 06-40184-R | 00002 | BRIAN RAYMOND & CYNTHIA ARLENE ZIMMERMAN | 1 | XXXXX2290 | 88.65 | 0.00 | 88.65 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEBT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 06-40184-R | 00038 | BRIAN RAYMOND & CYNTHIA ARLENE ZIMMERMAN | 6 | XXXXXX122 | 53.90 | 0.00 | 53.90 |
| | | Original check written to: <br> PROFORMANCE POWERTRAIN <br> P. O. BOX 91620 <br> CHICAGO, IL 60693 | | | | | |
| 06-40219-R | 00067 | HUGH P. & DEBRA A. VEALE | 11 | XXXXX/V53 | 17.20 | 0.00 | 17.20 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS, INC. <br> P. O. BOX 15456 <br> WILMINGTON, DE 19850-5456 | | | | | |
| 06-40268-R | 00009 | DERRECK A. & TARA L. WESTRICH | 8 | 0088 | 32.58 | 0.00 | 32.58 |
| | | Original check written to: <br> ALLIED FIRST BANK <br> P. O. BOX 3272 <br> NAPERVILLE, IL 60566-7272 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 22, 2011

Check No. 2025253

Check Amount: $20,076.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40289-R | 00015 | RICHARD BRADLEY | 5 | XXXXX2655 | 481.47 | 0.00 | 481.47 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 06-40318-R | 00015 | CHRISTOPHER E. & KRISTINA N. MYERS | 10 | XXXXX1438 | 289.08 | 0.00 | 289.08 |
| | | Original check written to: CASHLAND FINANCIAL SERVICES ATTENTION: BANKRUPTCY 27 TRIANGLE PARK DRIVE CINCINNATI, OH 45246 | | | | | |
| 06-40491-R | 00001 | MICHAEL & BRITTONY BENTON | 2 | XXXXX1292 | 959.23 | 215.44 | 1,174.67 |
| | | Original check written to: DENTON COUNTY C/O MCCREARY, ET AL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 06-41935-R | 00001 | GARY WAYNE & MARSHA ANN BARBER | 1 | XXXXX6106 | 73.62 | 0.00 | 73.62 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 06-41935-R | 00030 | GARY WAYNE & MARSHA ANN BARBER | 8 | XXXXX1215 | 70.90 | 0.00 | 70.90 |
| | | Original check written to: NCO FINANCIAL SYSTEMS, INC 140 SPRINT DRIVE BLOUNTVILLE, TN 37617 | | | | | |
| 06-42205-R | 00005 | CAROL J. NASTAV | 2 | 6678 | 158.94 | 19.52 | 178.46 |
| | | Original check written to: COUNTRYWIDE HOME LOANS 7105 CORPORATE DRIVE MAIL STOP: PTX-B-209 PLANO, TX 75024-1319 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 22, 2011

Check No. 2025253

Check Amount: $20,076.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-41240-R | 00038 | TERRY DON & JOANIE DEANN ANDERSON | 16 | 8096 | 622.20 | 39.44 | 661.64 |
| | | Original check written to: <br> FIRST BANK OF ROXTON <br> 210 HARRISON STREET <br> ROXTON, TX 75477 | | | | | |
| 07-41240-R | 00043 | TERRY DON & JOANIE DEANN ANDERSON | 3 | XXXXX1901 | 716.08 | 47.87 | 763.95 |
| | | Original check written to: <br> LAMAR CAD <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 08-42299-R | 00005 | ARDEN & KRISTINE A. STARBIRD | 6 | 5364 | 0.00 | 1.08 | 1.08 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> 7105 CORPORATE DRIVE <br> MAIL STOP: PTX-B-209 <br> PLANO, TX 75024-1319 | | | | | |
| 08-42299-R | 00007 | ARDEN & KRISTINE A. STARBIRD | 4 | 3792 | 0.00 | 12.00 | 12.00 |
| | | Original check written to: <br> SELECT PORTFOLIO SERVICING <br> P. O. BOX 65250 <br> SALT LAKE CITY, UT 84165-0250 | | | | | |
| 08-42375-R | 00004 | JAVIER & TELMA RODRIGUEZ | 6 | 4969 | 0.00 | 288.52 | 288.52 |
| | | Original check written to: <br> SELECT PORTFOLIO SERVICING <br> 3815 SOUTH WEST TEMPLE <br> SALT LAKE CITY, UT 84115-4412 | | | | | |
| 08-42375-R | 00035 | JAVIER & TELMA RODRIGUEZ | 6 | 4969 | 307.53 | 0.00 | 307.53 |
| | | Original check written to: <br> SELECT PORTFOLIO SERVICING <br> 3815 SOUTH WEST TEMPLE <br> SALT LAKE CITY, UT 84115-4412 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 22, 2011

Check No. 2025253

Check Amount: $20,076.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43281-R | 00008 | BRUCE DANIEL & LUCILLE JEANETTE KITCHELL | 4 | 7029 | 0.00 | 0.14 | 0.14 |
| | | Original check written to: AMERICAN HOME MORTGAGE 4600 REGENT BOULEVARD, SUITE 200 IRVING, TX 75063 | | | | | |
| 08-43281-R | 00064 | BRUCE DANIEL & LUCILLE JEANETTE KITCHELL | 16 | XXXXX3DEN | 0.00 | 0.33 | 0.33 |
| | | Original check written to: DENTON ISD C/O SAWKO & BURROUGHS 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 09-42041-R | 00003 | WILLIAM P. BANKS | 4 | 5314 | 0.00 | 1.44 | 1.44 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 09-42125-R | 00004 | EDUARD KRAVCHENKO | 1 | XXXXX1737 | 0.00 | 4.12 | 4.12 |
| | | Original check written to: AMERICAN HOME MORTGAGE SERVICING INC. 4875 BELFORT ROAD SUITE 130 JACKSONVILLE, FL 32256-6059 | | | | | |
| 09-43426-R | 00007 | TOSH JACOB & DANELLA ANGELIKA STRADER | 3 | 6055 | 0.00 | 3.62 | 3.62 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 09-43688-R | 00005 | ANITA K. SMITH-GREENWOOD | 4 | 6539 | 90.91 | 176.26 | 267.17 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 22, 2011

Check No. 2025253

Check Amount: $20,076.99

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-43688-R | 00023 | ANITA K. SMITH-GREENWOOD | | XXXXX5469 | 15.13 | 60.68 | 75.81 |
| | | Original check written to:<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>MAC#X2302-04C<br>DES MOINES, IA 50328 | | | | | |
| 10-40014-R | 00001 | RONALD H. & CHRISTINA L. WILLIAMS | 18 | XXXXX4846<br>XXXXX6407 | 0.00 | 0.51 | 0.51 |
| | | Original check written to:<br>FAMILY POWERSPORTS<br>311 WEST UNIVERSITY<br>MCKINNEY, TX 75069 | | | | | |
| 10-40023-R | 00004 | MICHAEL S. & MICHELLE DENMAN | 1 | 8007 | 0.00 | 0.39 | 0.39 |
| | | Original check written to:<br>VELOCITY CREDIT UNION<br>P. O. BOX 1089<br>AUSTIN, TX 78767 | | | | | |
| 10-40023-R | 00006 | MICHAEL S. & MICHELLE DENMAN | 2 | 5895 | 0.00 | 4.01 | 4.01 |
| | | Original check written to:<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>MAC#X2302-04C<br>DES MOINES, IA 50328 | | | | | |
| 10-41636-R | 00056 | KENNETH DAVID & JO-KAREN WHITLOCK | 7 | XXXXX6DEN | 399.29 | 3.99 | 403.28 |
| | | Original check written to:<br>LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA, PC<br>4411 NORTH CENTRAL EXPRESSWAY<br>Dallas, TX 75205-4210 | | | | | |
| 10-42225-R | 00051 | SHAMIKA LATICE TANNER | | XXXXX2676 | 320.85 | 0.00 | 320.85 |
| | | Original check written to:<br>MINT LEASING<br>323 NORTH LOOP WEST<br>HOUSTON, TX 77708-2028 | | | | | |
| | | | | **TOTALS** | **$4,852.23** | **$879.36** | **$5,731.59** |